423 A.2d 1331

Commonwealth v. Tooks, Appellant.

* Justice Rolf Larsen of the Supreme Court of Pennsylvania, and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.

* Justice Rolf Larsen of the Pennsylvania Supreme Court, and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.

Submitted August 28, 1979.  John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

Judgment of sentence affirmed.